IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LAUREN THOMAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPENST HANSEN,<br><br>　　　　　　Defendant. | MEMORANDUM DECISION and ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:12-cv-701-DN-EJF<br><br>District Judge David Nuffer |

Before the Court is the Report and Recommendation by United States Magistrate Judge Evelyn J. Furse issued on August 1, 2013,[1] recommending that this Court grant the motion for summary judgment filed by Defendant Spenst Hansen.[2]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure. As of the date of this order, the Court has not received any objections to the Report and Recommendation. However, Plaintiff Lauren Thomas's counsel did file a signed complaint[3] after the Report and Recommendation stated that the unsigned complaint provided "additional grounds for dismissal."[4]

Pursuant to 28 U.S.C. § 636(b) and Rule 72(b)(3), the Court has reviewed de novo all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation. The Court agrees with the analysis and conclusion of the

---

[1] Docket no. 16.

[2] Docket no. 4, filed Oct. 18, 2012.

[3] Docket no. 17, filed Aug. 1, 2013.

[4] Report and Recommendation at 11.

magistrate judge, except that the unsigned complaint is no longer an additional ground for dismissal. The Court adopts the Report and Recommendation.

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Defendant Spenst Hansen[6] is GRANTED. The clerk is directed to close this case.

Signed August 28, 2013.

BY THE COURT

_____
District Judge David Nuffer

---

[5] [Docket no. 16](#).
[6] [Docket no. 4](#).